IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TANYA CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| vs. | ) | |
| | ) | 1:15-CV-3415 |
| KNOWLEDGE TOOLWORKS, LLC, and RANDY MICHAEL | ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Pending before the Court is a Joint Motion to Approve a Fair Labor Standards Act Settlement [Doc. No. 24]. The Court has carefully reviewed the Parties' Settlement Agreement and finds that it is fair and reasonable in light of the claims and defenses asserted. Therefore, the Court **GRANTS** the Parties' Joint Motion to Approve a Fair Labor Standards Act Settlement Agreement. The Court DISMISSES the above-styled case with prejudice and DIRECTS the Clerk to close this case. Pursuant to the Parties' Settlement Agreement, the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement

So ordered, this 5th day of July, 2016.

/s/Thomas W. Thrash
District Court Judge